# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., by and through her Guardian ad Litem, Kathryn T. McGuigan,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 20-3002 VAP (PVCx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, the Petition for Order Authorizing Compromise of Incompetent Person's Claim and for Attorney Fees and Costs, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT:

1. The Petition of Kathryn T. McGuigan as Guardian Ad Litem of Plaintiff

J.W. for Order Authorizing Compromise of Incompetent Person's Claim and for Attorney's Fees and Costs (Dkt. No. 47) is GRANTED;

2. Plaintiff's Counsel is entitled to attorney's fees and costs in the amount of $39,194.25;

3. The sum of $90,805.75 shall be used to purchase a qualified settlement annuity as set forth in the Attachment to the Petition (Dkt. No. 47-2 at 8); and

4. The parties are given 45 days from the date of this Order to file a stipulation (a) confirming that they have executed a Full and Final Release and completed the settlement terms, (b) attaching a proof of purchase of the qualified settlement annuity, and (c) requesting dismissal of this action with prejudice.

IT IS SO ORDERED.

DATED:  April 21, 2022

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE